**SMALL CLAIMS/ DEBT CLAIM CASE CITATION**

NO. 14635-SC

THE STATE OF TEXAS

COUNTY OF ECTOR

ECTOR COUNTY, TEXAS JUDGE DEBI
HAYS
300 N GRANT #233
ODESSA TX 79761

ECTOR COUNTY, TEXAS JUDGE DEBI HAYS, DEFENDANT, in the hereinafter-styled and numbered cause: MANUEL MARTINEZ vs. ECTOR COUNTY, TEXAS JUDGE DEBI HAYS, being Cause No. 14635-SC on the Docket of said Court, the Plaintiff's demand being for the sum of $20,000.00 due upon and for such other relief as he/she may be entitled to.

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file a written answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part v of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on 12/07/2021. The plaintiff's attorney's name and address is:

or the plaintiff's address, if they have no attorney, is: 1018 CLEMENTE CT MIDLAND TX 79706. Your answer may be filed with this court, located at 300 N GRANT, ROOM 208, ODESSA, TX.

ISSUED on this the 9th day of December, 2021.

_Crystal Rios_
Judge Eddy W. Spivey/Clerk
Justice of the Peace, Pct. 4
Ector County, Texas