IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MANUEL MARTINEZ,** § | |
|    *Plaintiff*, § | |
| § | |
| v. § | No. MO:22-CV-003-DC |
| § | |
| **ECTOR COUNTY, TEXAS, and JUDGE** § | |
| **DEBI HAYS,** § | |
|    *Defendants*. § | |

## FINAL JUDGMENT

BEFORE THE COURT is the above-entitled cause of action. On this same date, this Court **GRANTED** Defendants' Motion to Dismiss. (Doc. 2). Accordingly, the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that Plaintiff's claims against Defendant Judge Debi Hays in her individual capacity are **DISMISSED WITHOUT PREJUDICE** on immunity grounds.

It is further **ORDERED** that Plaintiff's claims against Defendant Judge Debi Hays in her official capacity are **DISMISSED WITH PREJUDICE** for failure to state a claim.

It is further **ORDERED** that Plaintiff's claims against Ector County, Texas are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim for relief.

It is further **ORDERED** that Plaintiff's state law claims are hereby **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that any relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 4th day of May, 2022.

                              DAVID COUNTS
                              UNITED STATES DISTRICT JUDGE